# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2020 KW 0055

**MAY 1 2 2020**

---

In Re:    Andre Thomas, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-18-0599.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED AS MOOT.** The record of the Clerk of Court of
East Baton Rouge Parish reflects the district court denied
relator's Motion for Change of Venue on February 5, 2020.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
        FOR THE COURT